IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Herbert Demond York, ) | C/A No.: 1:20-2172-RMG-SVH |
| Plaintiff, ) | |
| vs. ) | ORDER |
| Capt. T. Reavns; Officer C. Robinson; Officer Bostic; Officer Timmons; and Nurse Cooper, ) | |
| Defendant. ) | |

Plaintiff Herbert Demond York ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint alleging defendants violated his constitutional rights. [ECF No. 1]. By order dated June 12, 2020, service of process of the complaint was authorized. [ECF No. 6]. On August 17, 2020, the summonses for defendants Reavns and Robinson were returned unexecuted. [ECF No. 12]. In the "Remarks" section of the Forms USM-285, the United States Marshals Service ("USMS") indicated the South Carolina Department of Corrections Office of General Counsel could not accept service on behalf of these defendants because it "could not find this defendant" and "more than one defendant" for Reavns and Robinson respectively. *Id.*

Plaintiff was previously warned: "Plaintiff must provide, and is responsible for, information sufficient to identify defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately

identified defendant. Unserved defendants may be dismissed as parties to this case if not served within the time limit governed by Rule 4(m) and this order." [ECF No. 6 at 2]. Plaintiff is directed to complete by **September 24, 2020**, Forms USM-285 that provide additional information to allow the USMS to serve defendants. If Plaintiff fails to do so, the undersigned will recommend Reavns and Robinson be dismissed.

    IT IS SO ORDERED.

*Shiva V. Hodges*

September 10, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

2