# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Herbert Demond York,<br>*Plaintiff*<br>v.<br><br>Officer Bostic *in his/her individual capacity*; Officer Timmons *in his/her individual capacity*; Nurse Cooper *in his/her individual capacity*,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:20-cv-02172-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Herbert Demond York, shall take nothing of the defendants, Capt. T. Reavns *in his/her individual capacity administrator of the Estate T Reavn* and Officer C. Robinson *in his/her individual capacity*, and this action is dismissed with prejudice as to those defendants.

■ The plaintiff, Herbert Demond York, shall take nothing of the defendants, Officer Bostic *in his/her individual capacity*; Officer Timmons *in his/her individual capacity*; Nurse Cooper *in his/her individual capacity*, and this action is dismissed with prejudice as to those defendants.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Reports and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  June 16, 2021

ROBIN L. BLUME, CLERK OF COURT

s/L. Baker

*Signature of Clerk or Deputy Clerk*